IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MINIKON WRETH JOHNSON, :
:
    Petitioner :
:
v. : CIVIL NO. 3:CV-13-917
:
WARDEN MARY SABOL, : (Judge Brann)
:
    Respondent :

# **ORDER**

September 30, 2013

**NOW,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

    1.    The petition for writ of habeas corpus is **DISMISSED AS MOOT**.

    2.    The Clerk of Court is directed to **CLOSE** the case.

                  BY THE COURT:

                  s/Matthew W. Brann
                  Matthew W. Brann
                  United States District Judge